UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/21/2023 __
```

Madigan,

                              Plaintiffs,

            -against-

United States of America,

                              Defendant.

----------------------------------------------------------------X

7:23-cv-02067-KMK-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for 11/1/23 at 12 PM.  The

parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739,

then # to enter the conference. At the Status Conference, the parties should be prepared to

discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:        White Plains, New York
              September 21, 2023

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge