UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Vincent Madigan,

                       Plaintiff,

          -against-

United States of America,

                    Defendant.

-----------------------------------------------------------------X

7:23-cv-02067-KMK-VR

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 7/22/2024 __

**VICTORIA REZNIK, United States Magistrate Judge:**

The parties are directed to submit a joint letter, by no later than **August 15, 2024**, providing the Court with an update on the status of expert discovery, and confirming that the parties have completed all discovery.

       **SO ORDERED.**

DATED:    White Plains, New York
           July 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge