

# GODOSKY & GENTILE, P.C.
ATTORNEYS AT LAW
100 WALL STREET, SUITE 1702
NEW YORK, NEW YORK 10005

PH: 212-742-9700
FAX: 212-742-9706
WWW.GODOSKYGENTILE.COM

October 3, 2024

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re: Madigan v. USPS
         23-cv-02067

Dear Judge Karas:

  I represent Plaintiff with respect to the above-referenced matter. I am writing to request an adjournment of the conference currently scheduled on Thursday October 10, 2024. I am actively engaged in trial in the matter of MARY ROWLAND and ROBERT CASEY v. FRANK LOMBARDO, M.D., HENRY TISCHLER, M.D., NORTHERN DUTCHESS HOSPITAL, NEW YORK-PRESBYTERIAN BROOKLYN METHODIST HOSPITAL, CHARLES A. KUTLER, M.D., MARC A. TACK, D.O. and MEDICAL ASSOCIATES OF THE HUDSON VALLEY, P.C., pending in the Supreme Court of Kings County, bearing Index no. 509778/2017 before JUSTICE WAVNY TOUSSAINT.

  If the court could grant us a thirty (30) day extension, I expect the above referenced trial to be completed before then.

Granted. The conference is adjourned to 11/ 19 /24, at 11:30

So Ordered.
10/4/24

Respectfully,
**GODOSKY & GENTILE, P.C.**

Robert Godosky, Esq.

RG/vn