UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT MADIGAN,

                                        *Plaintiff*,

   v.

UNITED STATES POSTAL SERVICE,

                                        *Defendant*.

Case No. 23-CV-2067 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On June 25, 2025, the Court set a briefing schedule for Plaintiff's Motion for Summary Judgment. (*See* Dkt. No. 81.) In compliance with that schedule, Plaintiff filed his Motion on July 25, 2025. (*See* Dkt. No. 81.) On September 5, 2025, the Parties requested the Court refer this case to the District's Mediation/ADR panel for assignment to a mediator. (Dkt. No. 81.) Defendant also requested the Court hold Defendant's opposition to Plaintiff's pending motion in abeyance until a week after the mediation process concluded, assuming no resolution had been reached. (*Id.*) The Court granted these requests on September 8, 2025.

Given that Plaintiff's Motion has been pending for almost six months, the Court orders the Parties to provide a joint update on the status of this case by no later than December 19, 2025.

SO ORDERED.

DATED:    December 12, 2025
          White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE