UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT MADIGAN,

                              Plaintiff,

      v.

UNITED STATES POSTAL SERVICE,

                             Defendant.

Case No. 23-CV-2067 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

       Plaintiff submitted his Motion for Summary Judgment ("Motion") in this Action on July 25, 2025.  (*See* Dkt. No. 81.)  However, on September 5, 2025, the Parties requested the Court refer this case to the District's Mediation/ADR panel for assignment to a mediator and hold Defendant's opposition to Plaintiff's pending motion in abeyance until one week after the mediation process concluded, assuming no resolution had been reached.  (*See* Dkt. No. 82.)  On September 8, 2025, the Court granted the Parties' requests.  (Dkt. No. 83.)  On January 27, 2026, the Parties met for mediation but were unable to reach a settlement.  (Dkt. No. 89.)  On February 6, 2026,  the Parties informed the Court of this outcome and requested the Court set a schedule for the remainder of the briefing in response to Plaintiff's Motion.  (Dkt. No. 90.)

       In light of the lapse in time and subsequent events between the submission of Plaintiff's Motion and the present, the Court denies Plaintiff's Motion without prejudice to renew and sets the following briefing schedule:

       Plaintiff is to submit his renewed Motion for Summary Judgment by no later than March 13, 2026.  Defendant is to submit its Opposition by no later than April 13, 2026.  Plaintiff is to submit his reply by no later than April 27, 2026.

       The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.  The Clerk of Court is respectfully requested to close the pending Motion at Dkt. No. 81.

SO ORDERED.

DATED:      February 13, 2026
               White Plains, New York

                                         KENNETH M. KARAS
                                         UNITED STATES DISTRICT JUDGE