UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT MADIGAN,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

No. 23-CV-2067 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the November 4, 2026 hearing, the pending Motion for Summary Judgment is denied. The Clerk of Court is respectfully directed to terminate the pending motion (Dkt. No. 93). The Parties are directed to update the Court on the status of the case by no later than November 18, 2026.

SO ORDERED.

Dated: November 5, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge